1

Thomas Nathan RUSSELL, Appellant, v. Vinton E. SISSON, Appellee. (Court of Appeals of District of Columbia. Submitted March 9, 1925. Decided April 6, 1925.) Patent Appeal No. 1707. H. N. Low, of Washington, D. C., for appellant. O. R. Barnett and P. H. Truman, both of Chicago, Ill., for appellee. Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

PER CURIAM. Appeal from concurrent decisions of the Patent Office awarding priority of invention to the senior party, Sisson. The Patent Office, we are convinced, has reached a correct conclusion on the facts and properly applied the law. No new question being involved, we are content to rest our decision upon the reasoning of the tribunals of the Patent Office, and therefore affirm the decision from which this appeal was taken. Affirmed.

━━━━━

2

ADIRONDACK POWER & LIGHT CORPORATION, Plaintiff in Error, v. John L. GAINSFORD, Defendant in Error. (Circuit Court of Appeals, Second Circuit. January 5, 1925.) No. 118. In Error to the District Court of the United States for the Northern District of New York. Marvin H. Strong and Arthur S. Golden, both of Schenectady, N. Y., for plaintiff in error. John C. Robinson, of New York City (Morris A. Wainger, of New York City, of counsel), for defendant in error. Before ROGERS, HAUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed.

━━━━━

3

BALTIMORE & OHIO RAILROAD CO. v. Carrie C. SWIGER, Adm'x, etc. (Circuit Court of Appeals. Sixth Circuit. January 5, 1925.) No. 4062. In Error to the District Court of the United States for the Northern District of Ohio; D. C. Westenhaver, Judge. Tolles, Hogsett, Ginn & Morley of Cleveland, Ohio, for plaintiff in error. E. C. Chapman, of Cleveland, Ohio, for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation or counsel.

4

Frederick Allen BARRY, Plaintiff in Error, v. Dewey ADAMS, Defendant in Error. (Circuit Court of Appeals, Second Circuit. January 23, 1925.) No. 155. In Error to the District Court of the United States for the Eastern District of New York. Frederick J. Moses, of New York City (Theodore H. Lord and Frederick J. Moses, both of New York City, of counsel), for plaintiff in error. Lester Hand Jayne, of New York City, for defendant in error. Before ROGERS, MANTON and LEARNED HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.

━━━━━

5

Nick BITZILOS and Steve Compulos v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. November 14, 1924.) No. 3947. In Error to the District Court of the United States for the Northern District of Ohio; John M. Killits, Judge. Mulholland & Hartmann, of Toledo, Ohio, for plaintiffs in error. George E. Reed, Asst. U. S. Atty., of Toledo, Ohio.

PER CURIAM. Judgment of the District Court reversed, and cause remanded for a new trial, on authority of U. S. v. Jin Fuey Moy, 241 U. S. 394, 36 S. Ct. 658, 60 L. Ed. 1061, Ann. Cas. 1917D, 854.